UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JORGE LUIS HERNANDEZ, | ) |
| Petitioner, | ) Case No. CV 08-0409-SVW(AJW) |
| v. | ) |
| MARGARITA PEREZ, Warden, | ) JUDGMENT |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: February 16, 2010

_____
Stephen V. Wilson
United States District Judge